## In the Matter of ORPHEUM CIRCUIT, Inc., Bankrupt.
### No. 187.

Circuit Court of Appeals, Second Circuit.

Dec. 19, 1938.

Jules C. Randal, of Buffalo, N. Y., for Philip J. Snyder, as trustee, etc.

Beekman, Bogue, Leake, Stephens & Black, of New York City (Edward K. Hanlon, Douglas M. Black, and Milton Weiss, all of New York City, of counsel), pro se, and for respondent Marcus Heiman, successor trustee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

## PAYSON VARNISH CO., Appellee, v. Letman LESHINSKY, Appellant.
### No. 100.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1938.

Samuel J. Krinn, of New York City, for appellant.

John A. Bolles, of New York City, for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

John R. PEARSON, Executor, v. SECRETARY OF THE INTERIOR et al.
### No. 1829.

Circuit Court of Appeals, Tenth Circuit.

Jan. 9, 1939.

Frank T. McCoy, of Pawhuska, Okl., for appellant.

Whit Y. Mauzy, U. S. Atty., of Tulsa, Okl., and Sam S. Canterbury, of Tulsa, Okl., for appellees.

Before PHILLIPS, BRATTON, and WILLIAMS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, Secretary of the Interior.

## In the Matter of The Petition of ROBERT JACOB, Inc., as owner of the Auxiliary Yacht NIMBUS for Exemption from or Limitation of Liability; Robert Jacob, Inc., Petitioner-Appellant, Emely Gunnarson, as Administratrix of the Estate of Andrew Gunnarson, Deceased, Claimant-Appellee.
### No. 157.

Circuit Court of Appeals, Second Circuit.

Jan. 9, 1939.

Bigham, Englar, Jones & Houston, of New York City (George S. Brengle, James N. Senecal, and John M. Drewry, all of New York City, of counsel), for appellant.

Dunnington, Bartholow & Miller, of New York City (Forrest E. Single and Wilbur H. Hecht, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.